UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JESSE GREEN,

              Plaintiff,

      v.

STATE OF WASHINGTON, et al.,

              Defendants.

CASE NO. 2:26-cv-01880-JHC

ORDER

This matter comes before the Court on Plaintiff's Emergency Motion for Temporary Restraining Order and Motion For Preliminary Injunction.  Dkt. # 3.  For the reasons below, the Court DENIES Plaintiff's motion without prejudice.

Federal Rule of Civil Procedure 65(b)(1) permits a court to "issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required."  *See also* LCR 65(b)(1) (issuance of TRO without notice disfavored). The record does not indicate that Defendants have been given notice; nor has Plaintiff met the above requirements for the Court to proceed ex parte.  *See Granny Goose Foods, Inc. v. Bhd. of*

ORDER - 1

*Teamsters & Auto Truck Drivers Loc. No. 70 of Alameda Cnty.*, 415 U.S. 423, 438–39 (1974) ("The stringent restrictions imposed by [Rule 65(b)(1)] on the availability of ex parte temporary restraining orders reflect the fact that our entire jurisprudence runs counter to the notion of court action taken before reasonable notice and an opportunity to be heard has been granted both sides of a dispute.").

For these reasons, the Court DENIES the motion without prejudice.  Dkt. # 3.

Dated this 3rd day of June, 2026.

John H. Chun
United States District Judge

ORDER - 2