UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JESSE GREEN,

              Plaintiff,

     v.

STATE OF WASHINGTON, et al.,

              Defendants.

CASE NO. 2:26-cv-01880-JHC

ORDER

This matter comes before the Court on Plaintiff's Application for Court-Appointed Counsel.  Dkt. # 11.

There is no right to counsel in civil actions.  *See Campbell v. Burt*, 141 F.3d 927, 931 (9th Cir. 1998).  A court may appoint counsel for indigent civil litigants under 28 U.S.C. § 1915(e)(1), but only if there are "exceptional circumstances."  *Agyeman v. Corrections Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004).  To determine whether exceptional circumstances exist, the court considers "the likelihood of success on the merits as well as the ability of the [plaintiff] to articulate [their] claims *pro se* in light of the complexity of the legal issues involved."  *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) (per curiam).  Plaintiff has not shown that extraordinary circumstances warrant appointment of counsel: Plaintiff shows neither

ORDER - 1

an inability to articulate his claims pro se given the issues involved nor the likelihood of the claims' success.  Thus, the Court DENIES the motion.

Dated this 17th day of July, 2026.

John H. Chun
United States District Judge

ORDER - 2