UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE GREEN,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, et al.,<br><br>Defendants. | CASE NO. 2:26-cv-01880-JHC<br><br>ORDER |

This matter comes before the Court on pro se Plaintiff Jesse Green's Motion for Reconsideration of Denial of Motion for Appointment of Counsel. Dkt. # 13 (motion); Dkt. # 12 (order). The Court has reviewed the motion, the rest of the record, and the governing law.

In this District, "[m]otions for reconsideration are disfavored," and "[t]he court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." LCR 7(h)(1). Plaintiff asserts that the Court erred but does not detail how.[1] Rather, Plaintiff's motion seeks to relitigate the issues addressed in the Court's prior order, which is not a basis for reconsideration. Thus, the Court DENIES the motion.

[1] Plaintiff's motion appears to simply reiterate facts and argument set forth in his motion for counsel (Dkt. # 11) and his complaint (Dkt. # 7), with some further details added.

Dated this 5th day of August, 2026.

John H. Chun
United States District Judge